IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CHARLES ANTHONY WILLIS,

 Petitioner,

v.           CIVIL ACTION NO.: CV208-119

CLAY TATUM, Warden,

 Respondent.

## ORDER

Presently before the Court are Petitioner Charles Willis' ("Willis") Objections to the Magistrate Judge's Report and Recommendation dated March 9, 2009. In his Objections, Willis asserts he has newly discovered evidence that was not available to him on January 12, 2004. Willis has attached several documents to his Objections in support of his assertion that he has newly discovered evidence.

Willis' Objections are without merit and are unresponsive to the Magistrate Judge's Report and Recommendation. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Respondent's Motion to Dismiss is **GRANTED**. Willis' petition for writ of habeas corpus is **DISMISSED**. The Clerk of the Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this ____ day of _____, 2009.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)